___



**SO ORDERED,**

*Jamie A. Wilson*

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: July 2, 2025**

The Order of the Court is set forth below. The docket reflects the date entered.
___

# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

**IN THE MATTER OF:**                                                        **CHAPTER 13:**

**MARKESHA RESHA MUMPHARD**                                  **CASE NO. 24-00223-JAW**

## AGREED ORDER

    **THIS MATTER** came before the Court on the Debtor's Motion to Allow Payment Arrearages (Docket #47) and the Trustee's Objection (Docket#49). Thus, having considered the matters and finding the parties in agreement, the Court does hereby order the Debtor's Motion should be granted in part and Trustee's Objection overruled in part.

    **IT IS, THEREFORE, ORDERED AND ADJUDGED** that the Debtor's Motion is hereby granted in part and the Trustee's Objection is overruled in part.

    **IT IS FURTHER ORDERED** that the Trustee shall cure the plan payment arrearages, with full plan payments immediately resuming as of July 2025. The Trustee shall amortize the delinquency over the remaining life of the plan and increase the wage order accordingly.

##END OF ORDER##

| SUBMITTED BY: | AGREED BY: |
|---|---|
| /s/ Semoune Ellis | /s/ Thomas C. Rollins, Jr. |
| Semoune Ellis, MSB#105303 | Thomas C. Rollins, Jr., MSB# 103469 |
| Staff Attorney for | The Rollins Law Firm, PLLC |
| Standing Chapter Thirteen Trustee | P.O. Box 13767 |
| Torri Parker Martin, MSB #103938 | Jackson, MS 39236 |
| 200 North Congress Street, Suite 400 | Office: 601-500-5533 |
| Jackson, MS 39201 | Email: trollins@therollinsfirm.com |
| Office: 601-981-9100 | |
| Email: sellis@tpmartinch13.com | |