United States Bankruptcy Court
Southern District of Mississippi

In re:  
Markesha Resha Mumphard  
    Debtor

Case No. 24-00223-JAW  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0538-3     User: mssbad     Page 1 of 1  
Date Rcvd: Jul 02, 2025     Form ID: pdf012     Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 04, 2025:**

**Recip ID    Recipient Name and Address**  
db     + Markesha Resha Mumphard, 310 Avery St, Scooba, MS 39358-7748

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).  
NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 04, 2025      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 2, 2025 at the address(es) listed below:

**Name    Email Address**

Semoune L Ellis  
    on behalf of Trustee Torri Parker Martin sellis@tpmartinch13.com

Thomas Carl Rollins, Jr  
    on behalf of Debtor Markesha Resha Mumphard trollins@therollinsfirm.com  
    jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

Torri Parker Martin  
    tpm@tpmartinch13.com  trusteeMSSB2H@ecf.epiqsystems.com

United States Trustee  
    USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 4

_____



          **SO ORDERED,**

*Jamie A. Wilson*

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: July 2, 2025**

The Order of the Court is set forth below. The docket reflects the date entered.
_____

## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

**IN THE MATTER OF:**                                                  **CHAPTER 13:**

**MARKESHA RESHA MUMPHARD**                **CASE NO. 24-00223-JAW**

### AGREED ORDER

     **THIS MATTER** came before the Court on the Debtor's Motion to Allow Payment Arrearages (Docket #47) and the Trustee's Objection (Docket#49). Thus, having considered the matters and finding the parties in agreement, the Court does hereby order the Debtor's Motion should be granted in part and Trustee's Objection overruled in part.

     **IT IS, THEREFORE, ORDERED AND ADJUDGED** that the Debtor's Motion is hereby granted in part and the Trustee's Objection is overruled in part.

     **IT IS FURTHER ORDERED** that the Trustee shall cure the plan payment arrearages, with full plan payments immediately resuming as of July 2025. The Trustee shall amortize the delinquency over the remaining life of the plan and increase the wage order accordingly.

##END OF ORDER##

| SUBMITTED BY: | AGREED BY: |
|---|---|
| /s/ Semoune Ellis | /s/ Thomas C. Rollins, Jr. |
| Semoune Ellis, MSB#105303 | Thomas C. Rollins, Jr., MSB# 103469 |
| Staff Attorney for | The Rollins Law Firm, PLLC |
| Standing Chapter Thirteen Trustee | P.O. Box 13767 |
| Torri Parker Martin, MSB #103938 | Jackson, MS 39236 |
| 200 North Congress Street, Suite 400 | Office: 601-500-5533 |
| Jackson, MS 39201 | Email: trollins@therollinsfirm.com |
| Office: 601-981-9100 | |
| Email: sellis@tpmartinch13.com | |