_____



**SO ORDERED,**

*Jamie A. Wilson*

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: August 28, 2025**

The Order of the Court is set forth below. The docket reflects the date entered.
_____

### IN THE UNITED STATES BANKRUPTCY COURT
### Southern District of Mississippi

IN THE MATTER OF:                                    CASE NO.: 24-00223 JAW
MARKESHA RESHA MUMPHARD
SS#:  XXX-XX-3479

### ORDER UPON EMPLOYER DIRECTING DEDUCTIONS FROM PAY

**IT APPEARING TO THE COURT** that there is now pending a certain Chapter 13 Proceeding in which the above-named **DEBTOR** subjected his earnings to the jurisdiction of the Court; the **DEBTOR's** principal income is from wages, salary of commissions; and that the employer of the said **DEBTOR** is subject to such orders as may be requisite to effectuate the provisions of the plan proposed by the **DEBTOR** {with the employer being directed to pay all or any part of such income to the **TRUSTEE.** Bankruptcy Reform Act of 1978, Title 11, Section 1325 (c)}.

**IT IS FURTHER APPEARING THAT** it is requisite to effectuate the provisions of the **DEBTOR's** plan; that the employer is directed to pay a portion of the **DEBTOR's** earnings to the Court for distribution to creditors and that such employer is:

O2B KIDS
ATTN: PAYROLL DEPT
811 W HWY 50
O'FALLON, IL 62269

**IT IS ORDERED** that until further notice of this Court, the above-named employer is required to deduct from the **DEBTOR's** earnings and pay over to:

| **REMITTANCE BY CHECK** | | **REMITTANCE BY ELECTRONIC PAYMENT** |
|---|---|---|
| Torri Parker Martin | | TFS Employer Pay |
| Standing Chapter 13 Trustee | | https://www.tfsbillpay.com/employer |
| P.O. Box 2033 | **OR** | TFS Bill Pay: 1-888-800-0294 |
| Memphis, TN 38101-2033 | | |

The sum of $254.50 BIWEEKLY.

**FURTHER ORDERED,** that the Employer shall, as of this date, cease and discontinue to pay deductions, including credit unions, of every kind except those required to be made for State or Federal Income Taxes, Insurance, Social Security contributions or union dues.

##END OF ORDER##