## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

**IN RE:**   **Markesha Resha Mumphard, Debtor**          **Case No. 24-00223-JAW**
                                                                                                 **CHAPTER 13**

### NOTICE

Debtor has filed papers with the court to suspend their bankruptcy payments. **Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to suspend the payments, or if you want the court to consider your views on the Motion, then on or before 21 days, you or your attorney must:

File with the court a written request for a hearing at:

U.S. Bankruptcy Clerk
U.S. Bankruptcy Court
Thad Cochran United States Courthouse
501 E. Court St., Ste 2.300
Jackson, MS 39201

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date state above.

You must also mail a copy to the debtors' attorney:

The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief, which shall sustain this Motion to Suspend Plan Payments.

Date: October 28, 2025          Signature:   /s/ Thomas C. Rollins, Jr.
                                                                      Thomas C. Rollins, Jr. (MSBN 103469)
                                                                      Jennifer A Curry Calvillo (MSBN 104367)
                                                                      The Rollins Law Firm, PLLC
                                                                      P.O. Box 13767
                                                                      Jackson, MS 39236
                                                                      trollins@therollinsfirm.com
                                                                      601-500-5533

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:   **Markesha Resha Mumphard, Debtor**      Case No. 24-00223-JAW
                                              **CHAPTER 13**

## MOTION TO SUSPEND PLAN PAYMENTS

      COMES NOW, Debtor, by and through counsel, and moves this Court to suspend their Chapter 13 plan payments, and in support thereof, would show the Court as follows:

1. Debtor filed a voluntary petition for relief under Chapter 13 of the Bankruptcy Code.

2. Debtor is requesting this Honorable Court to suspend any past due plan payments and two (2) months of plan payments, including any ongoing mortgage payments being paid through the plan, during the months November and December 2025.

3. Debtor is currently receiving unemployment benefits. As such, Debtor cannot afford to make the monthly plan payment. Debtor is returning to her previous employment and will be able to resume making payments beginning in January 2026.

4. Debtor is requesting that their Chapter 13 plan payments be increased as necessary to compensate for the lost plan payments.

      WHEREFORE, Debtor prays for an Order granting the above requested relief and any additional relief as may be just and proper.

                    Respectfully submitted

                    /s/ Thomas C. Rollins, Jr.
                    Thomas C. Rollins, Jr. (MSBN 103469)
                    Jennifer A Curry Calvillo (MSBN 104367)
                    The Rollins Law Firm, PLLC
                    P.O. Box 13767
                    Jackson, MS 39236
                    trollins@therollinsfirm.com
                    601-500-5533

<u>CERTIFICATE OF SERVICE</u>

I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Notice and Motion to Suspend Plan Payments was forwarded on October 28, 2025, to:

By Electronic CM/ECF Notice:

     Chapter 13 Case Trustee

     U.S. Trustee

                      /s/ Thomas C. Rollins, Jr.
                      Thomas C. Rollins, Jr.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

MARKESHA RESHA MUMPHARD

CASE NO: 24-00223-JAW

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 13

On 10/28/2025, I did cause a copy of the following documents, described below,

Notice and Motion to Suspend

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice. com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 10/28/2025

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.  103469
Attorney at Law
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

MARKESHA RESHA MUMPHARD

CASE NO: 24-00223-JAW

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 13

On 10/28/2025, a copy of the following documents, described below,

Notice and Motion to Suspend

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 10/28/2025

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS  39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 24-00223-JAW
SOUTHERN DISTRICT OF MISSISSIPPI
TUE OCT 28 8-39-18 PST 2025

QUANTUM3 GROUP LLC AS AGENT FOR
SADINO FUNDING LLC
PO BOX 788
KIRKLAND  WA 98083-0788

~~EXCLUDE~~
~~US BANKRUPTCY COURT~~
~~THAD COCHRAN US COURTHOUSE~~
~~501 E COURT STREET~~
~~SUITE 2.300~~
~~JACKSON  MS 39201-5036~~

AARONS
1640 HWY 439 N
MERIDIAN  MS 39301

(P)BRYANT STATE BANK
ATTN BANKRYPTCY
1500 S HIGHLINE AVE
SIOUX FALLS SD 57110-1003

CAPITAL ONE
ATTN BANKRUPTCY
PO BOX 30285
SALT LAKE CITY  UT 84130-0285

CAPITAL ONE NA
BY AMERICAN INFOSOURCE AS AGENT
4515 N SANTA FE AVE
OKLAHOMA CITY  OK 73118-7901

(P)CITIZENS BANK N A
ATTN BANKRUPTCY TEAM
ONE CITIZENS BANK WAY
JCA115
JOHNSTON RI 02919-1922

CREDENCE RESOURCE
ATTN BANKRUPTCY
4222 TRINITY MILLS RD
SUITE 260
DALLAS  TX 75287-7666

CREDIT ACCEPTANCE CORPORATION
ATTN BANKRUPTCY
25505 W 12 MILE ROAD
SUITE 3000
SOUTHFIELD  MI 48034-8331

CREDIT ONE
PO BOX 98872
LAS VEGAS  NV 89193-8872

FORTIVA
ATTN BANKRUPTCY
PO BOX 105555
ATLANTA  GA 30348-5555

INTERCOASTAL FINANCIAL LLC
7954 TRANSIT RD 136X
WILLIAMSVILLE NY 14221-4117

KEMPER FIN
POB 709
DE KALB  MS 39328-0709

LVNV FUNDING  LLC
RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE  SC 29603-0587

MNGH  LLC
ATTN  BANKRUPTCY
5401 W KENNEDY BLVD
1030
TAMPA  FL 33609-2450

(P)MOHELA
CLAIMS DEPARTMENT
633 SPIRIT DRIVE
CHESTERFIELD MO 63005-1243

MOLLIE  LLC
DBA UOWN LEASING
10500 UNIVERSITY CENTER DR
SUITE 150
TAMPA FL 33612-6461

NATIONAL CREDIT
327 WEST 4TH AVENUE
PO BOX 3023
HUTCHINSON  KS 67504-3023

NATIONAL CREDIT ADJUSTERS  LLC
ATTN BANKRUPTCY DEPARTMENT
PO BOX 3023
HUTCHINSON  KS 67504-3023

NAVIENT
ATTN BANKRUPTCY
PO BOX 9500
WILKES-BARRE  PA 18773-9500

NAVIENT SOLUTIONS  LLC ON BEHALF OF
ASCENDIUM EDUCATION SOLUTIONS INC
PO BOX 8961
MADISON  WI 53708-8961

NAVY FEDERAL CREDIT UNION
PO BOX 3000
MERRIFIELD  VA 22119-3000

~~EXCLUDE~~
~~(D)QUANTUM3 GROUP LLC AS AGENT FOR~~
~~SADINO FUNDING LLC~~
~~PO BOX 788~~
~~KIRKLAND  WA 98083-0788~~

REGIONS BANK
PO BOX 10063
BIRMINGHAM  AL 35202-0063

(P)REPUBLIC FINANCE LLC
282 TOWER RD
PONCHATOULA LA 70454-8318

~~EXCLUDE~~
~~(D)(P)REPUBLIC FINANCE LLC~~
~~282 TOWER RD~~
~~PONCHATOULA LA 70454-0318~~

RESURGENT CAPITAL
PO BOX 10675
GREENVILLE  SC 29603-0675

SPOT LOAN
PO BOX 927
PALATINE  IL 60078-0927

EXCLUDE
UNITED STATES TRUSTEE
501 EAST COURT STREET
SUITE 6-430
JACKSON  MS 39201-5022

VERIZON
BY AMERICAN INFOSOURCE AS AGENT
4515 N SANTA FE AVE
OKLAHOMA CITY  OK 73118-7901

DEBTOR
MARKESHA RESHA MUMPHARD
310 AVERY ST
SCOOBA  MS 39358-7748

EXCLUDE
THOMAS CARL ROLLINS JR
THE ROLLINS LAW FIRM  PLLC
PO BOX 13767
JACKSON  MS 39236-3767

TORRI PARKER MARTIN
TORRI PARKER MARTIN  CHAPTER 13 BANKRUPT
200 NORTH CONGRESS STREET  STE 400
JACKSON  MS 39201-1902