___



**SO ORDERED,**

*Jamie A. Wilson*

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: November 24, 2025**

The Order of the Court is set forth below. The docket reflects the date entered.
___

# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| **IN THE MATTER OF:** | **CHAPTER 13:** |
| **MARKESHA RESHA MUMPHARD** | **CASE NO. 24-00223-JAW** |

## AGREED ORDER

**THIS MATTER** came before the Court on the Trustee's Motion to Dismiss for Non-Payment (Docket #43), the Debtor's Response (Docket #44), and the Debtor's Motion and Notice to Suspend Plan Payments (Docket #60). Thus, having considered the matters and finding the parties in agreement, the Court finds that the Trustee's Motion to Dismiss should be denied and the Debtor's Motion and Notice to Suspend Plan Payments should be granted in part.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the Trustee's Motion to Dismiss for Non-Payment is hereby denied and the Debtor's Motion and Notice to Suspend Plan Payments is hereby granted in part.

**IT IS FURTHER ORDERED** that the Trustee shall cure the plan payment delinquency, amortize the delinquency over the remaining life of the plan and amend the wage order accordingly.

**IT IS FURTHER ORDERED** that should the Debtor become more than sixty (60) days delinquent calculated from the first day of the first delinquent month, the Trustee may submit an Order of Dismissal to the Court without further notice or hearing.

##END OF ORDER##

**SUBMITTED BY:**

/s/ Semoune Ellis
Semoune Ellis, MSB#105303
Staff Attorney for
Standing Chapter Thirteen Trustee
Torri Parker Martin, MSB #103938
200 North Congress Street, Suite 400
Jackson, MS 39201
Office: 601-981-9100
Email: sellis@tpmartinch13.com

**AGREED BY:**

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr., MSB# 103469
Jennifer A. Curry Calvillo, MSB#104367
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
Office: 601-500-5533
Email: trollins@therollinsfirm.com
         jennifer@therollinsfirm.com