

SO ORDERED,

*Jamie A. Wilson*

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: March 30, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                                                    **CHAPTER 13:**

MARKESHA RESHA MUMPHARD                                  **24-00223 JAW**
310 AVERY ST
SCOOBA, MS 39358

### ORDER DISMISSING CASE

**THIS MATTER** came before the Court previously and an Order was entered (**Docket #62**) requiring the Debtor to not become more than sixty days delinquent. The Debtor is currently more than sixty days delinquent in plan payments to the Trustee. Thus, having considered the matter, the Court finds the case should be dismissed.

**IT IS THEREFORE, ORDERED AND ADJUDGED** that the bankruptcy petition filed by **MARKESHA RESHA MUMPHARD** is hereby dismissed.

##END OF ORDER##

SUBMITTED BY:

*Semoune Ellis*

**SEMOUNE ELLIS, MSB #105303**
**STAFF ATTY FOR**
**TORRI PARKER MARTIN, MSB #103938**
**STANDING CHAPTER 13 TRUSTEE**
**200 NORTH CONGRESS STREET, SUITE 400**
**JACKSON, MS 39201-1902**
**OFC: (601) 981-9100**
**FAX: (601) 981-1983**
**tpm@tpmartinch13.com**