United States Bankruptcy Court

Southern District of Mississippi

In re:

Markesha Resha Mumphard

     Debtor

Case No. 24-00223-JAW

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0538-3

Date Rcvd: Mar 30, 2026

User: mssbad

Form ID: ntcdsm

Page 1 of 3

Total Noticed: 28

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 01, 2026:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Markesha Resha Mumphard, 310 Avery St, Scooba, MS 39358-7748 |
| 5327152 | | Aaron's, 1640 Hwy 439 N, Meridian, MS 39301 |
| 5327160 | + | Kemper Fin, Pob 709, De Kalb, MS 39328-0709 |
| 5327168 | | Spot Loan, PO Box 927, Palatine, IL 60078-0927 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| 5327153 | | Email/Text: BNBSB@capitalsvcs.com | Mar 30 2026 19:33:00 | Bryant State Bank, Attn: Bankruptcy, Po Box 215, Bryant, SD 57221 |
| 5327155 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Mar 30 2026 19:33:00 | Citizens Bank NA, Attn: Bankruptcy, 1 Citizens Plaza, Providence, RI 02903 |
| 5327154 | + | EDI: CAPITALONE.COM | Mar 30 2026 23:30:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5331491 | + | EDI: AIS.COM | Mar 30 2026 23:30:00 | Capital One N.A., by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5327156 | + | Email/Text: bankruptcy@credencerm.com | Mar 30 2026 19:33:00 | Credence Resource, Attn: Bankruptcy, 4222 Trinity Mills Rd, Suite 260, Dallas, TX 75287-7666 |
| 5327157 | + | Email/Text: ebnnotifications@creditacceptance.com | Mar 30 2026 19:33:00 | Credit Acceptance Corporation, Attn: Bankruptcy, 25505 W. 12 Mile Road, Suite 3000, Southfield, MI 48034-8331 |
| 5327158 | + | Email/PDF: creditonebknotifications@resurgent.com | Mar 30 2026 19:34:52 | Credit One, PO Box 98872, Las Vegas, NV 89193-8872 |
| 5327159 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Mar 30 2026 19:33:00 | Fortiva, Attn: Bankruptcy, Po Box 105555, Atlanta, GA 30348-5555 |
| 5345174 | + | Email/Text: gbechakas@outlook.com | Mar 30 2026 19:33:00 | Intercoastal Financial Llc, 7954 Transit Rd #136X, Williamsville, NY 14221-4117 |
| 5338242 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 30 2026 19:34:45 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5327161 | ^ | MEBN | Mar 30 2026 19:29:02 | MNGH, Llc., Attn: Bankruptcy, 5401 W Kennedy Blvd, #1030, Tampa, FL 33609-2450 |
| 5327162 | | Email/Text: EBN@Mohela.com | Mar 30 2026 19:33:00 | Mohela, 633 Spirit Drive, Chesterfield, MO 63005 |
| 5342860 | + | Email/Text: Bankruptcy@mnghllc.com | Mar 30 2026 19:33:00 | Mollie, LLC, dba Uown Leasing, 10500 University Center Dr., Suite 150, Tampa Fl 33612-6461 |
| 5327163 | + | Email/Text: bankruptcy@ncaks.com | Mar 30 2026 19:33:00 | National Credit, 327 West 4th Avenue, Po Box |

District/off: 0538-3 | User: mssbad | Page 2 of 3
Date Rcvd: Mar 30, 2026 | Form ID: ntcdsm | Total Noticed: 28

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 3023, Hutchinson, KS 67504-3023 |
| 5349867 | + | Email/Text: bankruptcy@ncaks.com | Mar 30 2026 19:33:00 | National Credit Adjusters, LLC, Attn: Bankruptcy Department, P.O. Box 3023, Hutchinson, KS 67504-3023 |
| 5327164 | + | Email/PDF: Bankruptcy_Prod@mohela.com | Mar 30 2026 19:34:52 | Navient, Attn: Bankruptcy, Po Box 9500, Wilkes-Barre, PA 18773-9500 |
| 5332788 | | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | Mar 30 2026 19:33:00 | Navient Solutions, LLC. on behalf of, Ascendium Education Solutions Inc, PO BOX 8961, Madison, WI 53708-8961 |
| 5339018 | + | EDI: NFCU.COM | Mar 30 2026 23:30:00 | Navy Federal Credit Union, P.O. Box 3000, Merrifield, VA 22119-3000 |
| 5373362 | | EDI: Q3G.COM | Mar 30 2026 23:30:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5327166 | | Email/Text: bankruptcy@republicfinance.com | Mar 30 2026 19:33:00 | Republic Finance, Attn: Bankrupcty, 7031 Commerce Pl, Baton Rouge, LA 70809 |
| 5330979 | | Email/Text: bankruptcy@republicfinance.com | Mar 30 2026 19:33:00 | Republic Finance, LLC, 282 Tower Road, Ponchatoula, LA 70454 |
| 5327165 | | Email/Text: newbk@Regions.com | Mar 30 2026 19:33:00 | Regions Bank, PO Box 10063, Birmingham, AL 35202-0063 |
| 5327167 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 30 2026 19:34:49 | Resurgent Capital, P.O. Box 10675, Greenville, SC 29603-0675 |
| 5352709 | + | EDI: AIS.COM | Mar 30 2026 23:30:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5373363 | * | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 01, 2026          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 30, 2026 at the address(es) listed below:**

**Name**                    **Email Address**

District/off: 0538-3                         User: mssbad                              Page 3 of 3
Date Rcvd: Mar 30, 2026                      Form ID: ntcdsm                           Total Noticed: 28

Semoune L Ellis
                      on behalf of Trustee Torri Parker Martin sellis@tpmartinch13.com

Thomas Carl Rollins, Jr
                      on behalf of Debtor Markesha Resha Mumphard trollins@therollinsfirm.com
                      jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;brea
                      nne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

Torri Parker Martin
                      tpm@tpmartinch13.com  trusteeMSSB2H@ecf.epiqsystems.com

United States Trustee
                      USTPRegion05.JA.ECF@usdoj.gov


TOTAL: 4

Form ntcdsm (Rev. 12/23)

## UNITED STATES BANKRUPTCY COURT
Southern District of Mississippi

Case No.:  24–00223–JAW
Chapter:  13

In re:

Markesha Resha Mumphard
310 Avery St
Scooba, MS 39358

Last four digits of Social–Security or Individual Tax–Payer–Identification (ITIN) No(s)., (if any):
xxx–xx–3479

Employer Tax Identification No(s). (if any):

### Notice of Dismissal

You are hereby notified that an Order Dismissing the above case was entered on March 30, 2026.

Dated: 3/30/26

Danny L. Miller, Clerk of Court
Thad Cochran U.S. Courthouse
501 E. Court Street
Suite 2.300
Jackson, MS 39201
601–608–4600