

# INVOICE

Invoice # 8901
Date: 04/02/2026
Due On: 05/02/2026

# The Rollins Law Firm, PLLC

P.O. Box 13767
Jackson, MS 39236
United States

Markesha Resha Mumphard

## 05005-Mumphard Markesha Resha

### Services

| Type | Attorney | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|---|
| Service | JC | 07/09/2024 | Reviewed Order on previous Application for Compensation; drafted Invoice, 2nd Application for Compensation, and proposed Order; drafted memo to TR with same attached for his review and approval. | 0.30 | $155.00 | $46.50 |
| Service | TR | 07/09/2024 | Review and approve fee app drafted by JC | 0.10 | $360.00 | $36.00 |
| Service | JC | 07/09/2024 | Reviewed memo from TR approving Application for Compensation, Proposed Order, and Invoice; prepared all for filing with the Court. | 0.10 | $155.00 | $15.50 |
| Service | TR | 07/11/2024 | Review: 24-00223-JAW Amended Order Upon Employer Directing Deductions from Pay Document# 38 | 0.10 | $360.00 | $36.00 |
| Service | TR | 07/11/2024 | Review: 24-00223-JAW Order on Application for Compensation Document #37 | 0.10 | $360.00 | $36.00 |
| Service | BB | 08/08/2024 | Review email from debtor: Reviewed email from debtor stating she has new employment and would like to provide us with the information for her wage order. Drafted reply email requesting the employer, address, and frequency of pay. | 0.10 | $100.00 | $10.00 |
| Service | BB | 08/12/2024 | Review email from debtor: Reviewed email from debtor stating she has a new employer. Gathered the | 0.30 | $100.00 | $30.00 |

|  |  |  | necessary information. Researched the Trustee and their office contact information in NDC and our wiki. Drafted email to the Trustee's office informing them of the new employer information. |  |  |  |
|---|---|---|---|---|---|---|
| Service | TR | 08/15/2024 | Review: 24-00223-JAW Order Upon Employer Directing Deductions from Pay Document# 42 | 0.10 | $360.00 | $36.00 |
| Service | BB | 09/05/2024 | Contact Debtor (Text/Email): Drafted text to debtor inquiring if her new wage order started at her new job. | 0.10 | $100.00 | $10.00 |
| Service | BB | 09/06/2024 | Contact Debtor (Text/Email): Reviewed text from debtor stating she gets her first paycheck today and is not sure about the wage order. Informed the debtor I will contact her at another time to check her wage order status. | 0.10 | $100.00 | $10.00 |
| Service | BB | 09/25/2024 | Contact Debtor (Text/Email): Reviewed text from debtor inquiring how to pay her plan payment while she waits for her wage order to start on October 4th. Drafted text to debtor informing her that I will email her that information. Drafted email to debtor with the requested information. | 0.10 | $100.00 | $10.00 |
| Service | BB | 10/30/2024 | Reviewed NDC website and confirmed the Trustee is receiving the wage order payments. | 0.10 | $100.00 | $10.00 |
| Service | JAC | 11/05/2024 | Review: 24-00223-JAW Amended Order Upon Employer Directing Deductions from Pay Document# 45 | 0.10 | $360.00 | $36.00 |
| Service | BB | 05/19/2025 | Review email from debtor: Reviewed email from debtor inquiring what she can do about her payments while she is out of work for the summer being a teacher. Drafted email memo to JC. | 0.10 | $100.00 | $10.00 |
| Service | JC | 05/20/2025 | Review and respond to email memo: Reviewed e-mail memo from BB informing debtor will be out of work for one month; reviewed trustee's site, could not determine if debtor has a delinquency; reviewed docket - no previous suspensions; drafted reply requesting BB contact the trustee's office to find out if she is current on her payments; and if current, contact the debtor and offer to suspend for | 0.20 | $155.00 | $31.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | the month of June and explain curing the payment. | | | |
| Service | BB | 05/21/2025 | Review and respond to email memo: Reviewed email memo from JC stating to check with Trustee office if the debtor has a deficiency balance and if she does not, to inquire if she would like to postpone her June payment and inform the Δ of the cons. Drafted email to Trustee office inquiring if the debtor has a deficiency balance. | 0.10 | $100.00 | $10.00 |
| Service | BB | 05/27/2025 | Review and respond to email memo: Reviewed email from Trustee's office stating the debtor has a delinquency in their payments. Drafted email to JC informing her. | 0.10 | $100.00 | $10.00 |
| Service | JC | 05/28/2025 | Review and respond to email memo: Reviewed e-mail from BB providing the amount of debtor's delinquency; reviewed NDC to determine monthly plan payments; drafted reply to BB to let the debtor know that she is delinquent two months (did not pay June or Sept 2024) through May and that not paying June will make her three months delinquent. Let her know that her best option would be to file a Motion to Allow Payment Arrearage. That will bring her payments current. The trustee will spread the delinquent amount (which will be three months by the time we file it) over the rest of her plan payments. That will cause her plan payments to increase. Her only other option is to pay in addition to her wage order to catch up her payments. If she wants to do this, please create a Motion to Allow Payment Arrearage and give me a brief overview of why. | 0.20 | $155.00 | $31.00 |
| Service | BB | 05/29/2025 | Review and respond to email memo: Reviewed email memo from JC stating the debtors options of possibly filing a motion to allow arrearage. Drafted email to debtor informing her of her options. | 0.10 | $100.00 | $10.00 |
| Service | BB | 05/30/2025 | Review email from debtor: Reviewed email from debtor stating she agrees to file the motion to allow arrearage. Assigned task to JC. | 0.10 | $100.00 | $10.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | JC | 06/03/2025 | Reviewed task memo from BB informing debtor wants to cure her payments; drafted Motion to Allow Payment Arrearage; drafted e-mail to JAC attaching same for her review. | 0.20 | $155.00 | $31.00 |
| Service | JAC | 06/04/2025 | review & approve motion drafted by JC | 0.10 | $360.00 | $36.00 |
| Service | JC | 06/04/2025 | Reviewed memo from JAC regarding Motion to Suspend and proposed Order; revised same; converted to pdf format and separated to appropriate documents to prepare for upload to CertificateofService.com | 0.10 | $0.00 | $0.00 |
| Service | JC | 06/04/2025 | Reviewed Declaration of Mailing from CertificateofService.com; prepared Motion to Allow Payment Arrearage and proposed Order for filing with the Court; prepared Notice with Declaration for filing with the Court; drafted text message to debtor informing Motion was filed and that we cannot file another one of these next year, that she needs to plan to make her summer payments next year. | 0.20 | $155.00 | $31.00 |
| Service | JC | 06/04/2025 | Reviewed text message from debtor acknowledging receipt of my message informing we cannot file another Motion to Allow Payment Arrearage next year & she needs to plan to make her summer payments next year. | 0.10 | $0.00 | $0.00 |
| Service | JAC | 07/02/2025 | Review: 24-00223-JAW Objection Document# 49 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 07/02/2025 | Review: 24-00223-JAW Order on Motion to Allow Payment Arrearages Document# 50 | 0.10 | $360.00 | $36.00 |
| Service | JC | 07/03/2025 | Contact Debtor (Text/Email): Reviewed e-mail correspondence between TR and Semoune regarding AO on TT's Objection to Motion to Allow Arrearage; reviewed Objection, reviewed AO; drafted text message to debtor explaining that she needs to resume her payment in July. | 0.20 | $155.00 | $31.00 |
| Service | JAC | 08/04/2025 | Review: 24-00223-JAW Amended Order Upon Employer Directing Deductions from Pay Document# 52 | 0.10 | $360.00 | $36.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | BB | 08/05/2025 | Contact Debtor (Text/Email): Reviewed Best Case and gathered the filed Wage Order document. Drafted email to debtor providing their wage order and informed them of the procedure and how they can monitor their payments. | 0.10 | $100.00 | $10.00 |
| Service | BB | 08/08/2025 | Review email from debtor: Reviewed email from debtor stating she is no longer employed with the employer we have on file. Debtor stated she will start her new job September 2nd. Drafted email to debtor requesting the needed information and instructed her to pay directly until another wage order can be implemented. | 0.10 | $100.00 | $10.00 |
| Service | BB | 08/27/2025 | Contact Debtor (Text/Email): Reviewed email from debtor providing the information for her new employer. Drafted email to the Trustee informing them. | 0.10 | $100.00 | $10.00 |
| Service | JAC | 08/28/2025 | Review: 24-00223-JAW Order Upon Employer Directing Deductions from Pay Document# 55 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 08/28/2025 | Review: 24-00223-JAW Release of Wages Document# 54 | 0.10 | $360.00 | $36.00 |
| Service | CO | 08/29/2025 | Contact Debtor (Text/Email): Reviewed: 24-00223-JAW Order Upon Employer Directing Deductions from Pay and emailed to debtor. | 0.10 | $100.00 | $10.00 |
| Service | JC | 10/06/2025 | Call Debtor: Reviewed e-mail from trustee's office notifying that debtor is 3.52 months delinquent and a payment needs to be received in the trustee's office no later than 10/14/25; called debtor - she said she is currently receiving unemployment and will send a payment immediately and keep paying to get caught up; discussed payment history and that payments were to resume in July after Motion to Allow Arrearage; drafted e-mail to debtor providing payment address. | 0.30 | $155.00 | $46.50 |
| Service | JC | 10/20/2025 | Call Debtor: Reviewed trustee's Motion to Dismiss to obtain delinquent amount; reviewed trustee's site for amount of monthly payments and payment history; reviewed docket for past suspensions, MTDs; called | 0.20 | $155.00 | $31.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | debtor, left voicemail, drafted text message requesting a call regarding same. | | | |
| Service | JAC | 10/21/2025 | Review: 24-00223-JAW Trustee's Motion and Notice to Dismiss Debtor(s) for Non-Payment Document# 58 | 0.10 | $360.00 | $36.00 |
| Service | BB | 10/21/2025 | Drafted motion to dismiss due to non payment Letter and emailed to SA for mailing. | 0.10 | $100.00 | $10.00 |
| Service | JC | 10/21/2025 | Call Debtor: Reviewed memo from GM informing debtor returned my call; called debtor; she has been on unemployment but will be returning to her old job soon; discussed amount delinquent and that her only option is to catch up the payments; she said a payment for $100 drafted today and she is going to send as much as she can to catch up; discussed curing delinquency and payments increasing; she said that will be fine because she will probably be back to her job before the increase; reviewed confirmed plan and AO on Motion to Allow Payment Arrearage; drafted memo to TR explaining delinquency and attaching AO and Motion for his review. | 0.60 | $155.00 | $93.00 |
| Service | BB | 10/22/2025 | Contact Debtor (Text/Email): Reviewed email from SA stating the letter has been signed. Drafted email to debtor providing a copy of the letter. | 0.10 | $100.00 | $10.00 |
| Service | JC | 10/24/2025 | Call Debtor: Reviewed memo from TR approving filing Motion to Suspend; called debtor to discuss same as it will give her time to get her old job back, no voicemail; drafted text message for a return call. | 0.10 | $155.00 | $15.50 |
| Service | JC | 10/24/2025 | Incoming Call: Telephone call from debtor; discussed suspending Nov. and Dec. payments; discussed her continuing to pay; discussed curing. | 0.10 | $155.00 | $15.50 |
| Service | JC | 10/24/2025 | Drafted Response to TT's MTD; prepared same for filing with the Court. | 0.20 | $155.00 | $31.00 |
| Service | JC | 10/24/2025 | Draft Notice, Motion & Order: Drafted Motion to Suspend, Notice, and | 0.20 | $155.00 | $31.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | proposed Order; drafted memo to TR attaching same for his review. | | | |
| Service | JC | 10/28/2025 | Reviewed memo from TR regarding Notice, Motion to Suspend, and proposed Order; prepared Notice with Motion for upload to CertificateofService.com. | 0.10 | $0.00 | $0.00 |
| Service | JC | 10/29/2025 | Reviewed Declaration of Mailing from CertificateofService.com; prepared Motion to Suspend, Notice with Declaration, and Proposed Order for filing with the Court. | 0.10 | $155.00 | $15.50 |
| Service | JC | 11/07/2025 | Reviewed case notes; drafted e-mail to Semoune and requested she draft an AO on TT's MTD. | 0.10 | $155.00 | $15.50 |
| Service | JC | 11/12/2025 | Call Debtor: Reviewed e-mail from Semoune inquiring when debtor will be returning to her old job; called debtor, no voicemail, drafted text message inquiring same; drafted e-mail to Semoune informing I will find out and let her know. | 0.10 | $155.00 | $15.50 |
| Service | JC | 11/12/2025 | Reviewed text message from debtor informing she expects to return to work before January; drafted e-mail to Semoune informing same. | 0.10 | $155.00 | $15.50 |
| Service | JC | 11/12/2025 | Reviewed e-mail from Semoune with attached AO for TR's signature and requesting I let her know once debtor returns to work and her frequency of pay; drafted e-mail to TR attaching AO for his signature. | 0.10 | $155.00 | $15.50 |
| Service | JC | 11/14/2025 | Reviewed e-mail from Semoune expressing her concern with debtor not returning to her prior job until the end of December 2025, she informed she moved forward with submitting the proposed Agreed Order to the Court for review and will continue to monitor the case in the upcoming months; reviewed e-mail from TR approving his signature on the AO. | 0.10 | $0.00 | $0.00 |
| Service | JAC | 11/25/2025 | Review: 24-00223-JAW Order on Trustee's Motion to Dismiss Debtor(s) for Non-Payment Document# 62 | 0.10 | $360.00 | $36.00 |
| Service | CO | 12/01/2025 | Incoming Call: Phone conference with creditor wanting to confirm representation; Reviewed and | 0.10 | $100.00 | $10.00 |

Invoice # 8901 - 04/02/2026

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | confirmed representation and our mailing address. | | | |
| Service | JAC | 12/02/2025 | Review: 24-00223-JAW Amended Order Upon Employer Directing Deductions from Pay Document# 64 | 0.10 | $360.00 | $36.00 |
| Service | CO | 12/03/2025 | Contact Debtor (Text/Email): Reviewed: 24-00223-JAW Amended Order Upon Employer Directing Deductions from Pay and emailed to debtor. | 0.10 | $100.00 | $10.00 |
| Service | BM | 01/07/2026 | Incoming Call: Call from debtor stating her 2016 Kia Soul was repossessed today. Reviewed NDC and ECF to determine debtor's case is still active. Reviewed NDC and confirmed plan to ensure vehicle is included in plan payment. Sent memo to Jacki to contact creditor | 0.20 | $155.00 | $31.00 |
| Service | JC | 01/07/2026 | Telephone call from BM informing debtor called and her car was repossessed by Credit Acceptance; reviewed docket - Order denying MTD was filed; reviewed Credit Acceptance POC; called and spoke with Tonya - discussed the case is not dismissed and the Order denying the MTD; she reviewed the case and informed she will get the vehicle released and requested that debtor call the redemption dept. back in 2 hours to find out how to retrieve the vehicle; called debtor and provided phone number for her to call. | 0.40 | $155.00 | $62.00 |
| Service | BB | 02/20/2026 | Contact Debtor (Text/Email): Reviewed email from Verizon regarding their service to the debtor. Reviewed and forwarded to debtor stating to contact us with any questions. | 0.10 | $100.00 | $10.00 |
| Service | JC | 03/23/2026 | Contact Debtor (Text/Email): Reviewed trustee's office informing of debtor's delinquency and informing debtor is paying by TFS and inquiring if debtor is employed; drafted text message to debtor inquiring same. | 0.10 | $155.00 | $15.50 |
| Service | JC | 03/24/2026 | Contact Debtor (Text/Email): Reviewed text messages from debtor informing she is not working, that she has put in a lot of applications but no luck yet; she said she is in school and | 0.50 | $155.00 | $77.50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | will definitely pay at least $300 on April 1st; she said she will pay more when her financial aid money comes in; she inquired what options she has; reviewed case notes and Pacer for past Ch 7 BK; she filed ch 7 on 03/10/2018; reviewed case notes and docket for M to Incur Debt for financial aid; drafted text message to debtor explaining that she does qualify to have her case reviewed for conversion and explained secured debts being behind; discussed paying to chip away at her delinquency; requested she let me know about reviewing for conversion; inquired how much her financial aid is because I do not see where we got Court's approval. | | | |
| Service | JC | 03/25/2026 | Contact Debtor (Text/Email): Reviewed text message from debtor inquiring if she converted to chapter 7, how will she be able to keep her car; drafted reply informing she can call the creditor and find out if they will work with her if she converts. | 0.10 | $155.00 | $15.50 |
| Service | JC | 03/25/2026 | Contact Debtor (Text/Email): Reviewed text message from debtor informing her financial aid is about $1,500. I do not see where we obtained Court approval; drafted memo to TR regarding same. | 0.10 | $155.00 | $15.50 |
| Service | JC | 03/25/2026 | Contact Debtor (Text/Email): Reviewed memo from TR inquiring if debtor took out a loan; drafted text message to debtor inquiring how she obtained the financial aid. | 0.10 | $155.00 | $15.50 |
| Service | JC | 03/26/2026 | Call Debtor: Reviewed text message from debtor informing she obtained a student loan and Pell Grant; called debtor; she said she got the loan about 6 months ago; discussed obtained approval for loans; she said she didn't know that applied to student loans; she said she has 8 classes left; drafted memo to TR regarding same. | 0.20 | $155.00 | $31.00 |
| Service | JC | 03/30/2026 | Contact Debtor (Text/Email): Reviewed text message from debtor informing she wants to convert to chapter 7; drafted claim summary; drafted e-mail to debtor explaining | 0.20 | $155.00 | $31.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | conversion process and attaching summary and conversion packet and requesting bank and pay; drafted text reply to debtor informing I sent the conversion packet via e-mail. | | | |
| Service | JC | 03/30/2026 | Reviewed memo from TR informing if debtor doesn't need to borrow anymore, then we will not worry about it. | 0.10 | $155.00 | $15.50 |
| Service | JAC | 03/31/2026 | Review: 24-00223-JAW Release of Wages Document# 67 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 03/31/2026 | Review: 24-00223-JAW Order Dismissing Debtor(s) Document# 66 | 0.10 | $360.00 | $36.00 |
| Service | KR | 04/02/2026 | Draft Fee Application and Proposed Order: Reviewed court dockets for all previous orders and invoices for Applications for Compensations; reviewed the Trustee's website to verify the amount of attorney fees paid; drafted final invoice, lodestar and Final Application using totals from the orders and invoices | 0.40 | $155.00 | $62.00 |
| | | | | **Services Subtotal** | | **$1,726.00** |

## Expenses

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Expense | 06/04/2025 | Mailing Expense (certificateofservice.com) | 1.00 | $25.52 | $25.52 |
| Expense | 10/28/2025 | Mailing Expense (certificateofservice.com) | 1.00 | $26.04 | $26.04 |
| | | | **Expenses Subtotal** | | **$51.56** |

| | Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|---|
| | Jennifer Curry Calvillo | Attorney | 1.2 | $360.00 | $432.00 |
| | Thomas Rollins | Attorney | 0.4 | $360.00 | $144.00 |
| | Brooke Brueland | Non-Attorney | 1.9 | $100.00 | $190.00 |
| | Jacki Curry | Non-Attorney | 5.4 | $155.00 | $837.00 |
| | Jacki Curry | Non-Attorney | 0.4 | $0.00 | $0.00 |
| | Breanne McDaniel | Non-Attorney | 0.2 | $155.00 | $31.00 |
| | Clara Ortega | Non-Attorney | 0.3 | $100.00 | $30.00 |

| Kerri Rodabough | Non-Attorney | 0.4 | $155.00 | $62.00 |
|---|---|---|---|---|
| | | | **Subtotal** | **$1,777.56** |
| | | | **Total** | **$1,777.56** |

## Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 6059 | 04/03/2024 | $2,703.70 | $0.00 | $2,703.70 |
| 6597 | 08/08/2024 | $655.18 | $0.00 | $655.18 |

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 8901 | 05/02/2026 | $1,777.56 | $0.00 | $1,777.56 |
| | | | **Outstanding Balance** | **$5,136.44** |
| | | | **Total Amount Outstanding** | **$5,136.44** |